**No. 09-10894. Beatriz Carrillo-Diaz, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3486, 177 L. Ed. 2d 1076, 2010 U.S. LEXIS 5238.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 361 Fed. Appx. 707.